UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In Re:   JOHN D EVANS　　　　　　　　　　　§　　　Case No.: 07-01494
         ANGEL EVANS　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　　　　§
         Debtor(s)　　　　　　　　　　　　　§

------------------------------------------------------------------

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/29/2007.

2) This case was confirmed on 04/25/2007.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 12/23/2009.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 12/08/2011.

5) The case was discharged under 11 U.S.C Sec 1328(b) on 02/01/2012.

6) Number of months from filing to the last payment: 60

7) Number of months case was pending: 65

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $    34,400.00

10) Amount of unsecured claims discharged without payment $       .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

Case 07-01494    Doc 69    Filed 07/02/12    Entered 07/02/12 18:53:54    Desc Main
                            Document      Page 2 of 6

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $ 39,367.63 |
| Less amount refunded to debtor | $ 647.74 |
| **NET RECEIPTS** | $ 38,719.89 |

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid through the Plan | $ 2,058.50 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 2,495.48 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 4,553.98 |
| Attorney fees paid and disclosed by debtor | $ 441.50 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| EMC MORTGAGE | SECURED | NA | 75,579.30 | .00 | .00 | .00 |
| EMC MORTGAGE | SECURED | 18,020.17 | 18,020.17 | 18,893.98 | 18,893.98 | .00 |
| EMC MORTGAGE CORP | OTHER | NA | NA | NA | .00 | .00 |
| VILLAGE OF BELLWOOD | SECURED | NA | .00 | .00 | .00 | .00 |
| IL STATE DISBURSEMEN | PRIORITY | 586.00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 400.00 | 500.00 | .00 | .00 | .00 |
| DISTRICT COUNSEL | OTHER | NA | NA | NA | .00 | .00 |
| D PATRICK MULLARKEY | OTHER | NA | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | OTHER | NA | NA | NA | .00 | .00 |
| UNITED STATES ATTORN | OTHER | NA | NA | NA | .00 | .00 |
| ILLINOIS DEPT OF REV | PRIORITY | NA | .00 | .00 | .00 | .00 |
| FIRST NATIONWIDE DEL | UNSECURED | 168.00 | NA | NA | .00 | .00 |
| ARROW FINANCIAL SERV | UNSECURED | 1,048.00 | NA | NA | .00 | .00 |
| ARROW FINANCIAL SERV | UNSECURED | 753.00 | NA | NA | .00 | .00 |
| ARROW FINANCIAL SERV | UNSECURED | 464.00 | NA | NA | .00 | .00 |
| ALLIED DATA CORP | UNSECURED | 212.30 | NA | NA | .00 | .00 |
| AMERICAN COLLECTION | UNSECURED | 187.00 | NA | NA | .00 | .00 |
| AMERICAN GENERAL FIN | SECURED | 3,949.00 | 3,949.00 | 3,949.00 | 3,949.00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 10,103.00 | 10,849.72 | 10,849.72 | 2,763.29 | .00 |
| ARMOR SYSTEMS CORP | UNSECURED | 167.00 | NA | NA | .00 | .00 |
| ASPEN/FB&T | UNSECURED | 1,040.00 | NA | NA | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 614.00 | 655.56 | 655.56 | 166.97 | .00 |
| BANKCARD SERVICES | UNSECURED | 315.73 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| BERWYN FIRE DEPT | UNSECURED | 635.00 | NA | NA | .00 | .00 |
| BUREAU OF ACCOUNTS | UNSECURED | 150.00 | NA | NA | .00 | .00 |
| BUREAU OF ACCOUNTS | UNSECURED | 150.00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 3,250.00 | 3,306.35 | 3,306.35 | 842.09 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 1,241.00 | 1,442.36 | 1,442.36 | 367.35 | .00 |
| CHECK RECOVERY SYSTE | OTHER | NA | NA | NA | .00 | .00 |
| CHECK RECOVERY SYSTE | UNSECURED | 225.00 | NA | NA | .00 | .00 |
| CHECK RECOVERY SYSTE | OTHER | NA | NA | NA | .00 | .00 |
| CHECK RECOVERY SYSTE | OTHER | NA | NA | NA | .00 | .00 |
| CHECK RECOVERY SYSTE | OTHER | NA | NA | NA | .00 | .00 |
| CHECK RECOVERY SYSTE | OTHER | NA | NA | NA | .00 | .00 |
| CHECK RECOVERY SYSTE | OTHER | NA | NA | NA | .00 | .00 |
| CHECK RECOVERY SYSTE | UNSECURED | 149.00 | NA | NA | .00 | .00 |
| CHECK RECOVERY SYSTE | OTHER | NA | NA | NA | .00 | .00 |
| CITY OF CHICAGO PARK | UNSECURED | 1,470.00 | 2,560.00 | 2,560.00 | 652.00 | .00 |
| CLERK OF THE CIRCUIT | UNSECURED | 72.00 | NA | NA | .00 | .00 |
| COMCAST | UNSECURED | 376.73 | NA | NA | .00 | .00 |
| DEPENDON COLLECTION | UNSECURED | 144.00 | NA | NA | .00 | .00 |
| DIRECT TV | UNSECURED | 153.75 | NA | NA | .00 | .00 |
| BOND COLL | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| DRS PILDES & PIERCE | UNSECURED | 1,113.60 | NA | NA | .00 | .00 |
| ER SOLUTIONS | UNSECURED | 410.00 | NA | NA | .00 | .00 |
| ER SOLUTIONS INC | UNSECURED | 311.00 | 311.40 | 311.40 | 67.59 | .00 |
| EVERGREEN PROF RECOV | UNSECURED | 255.60 | NA | NA | .00 | .00 |
| FEINGOLD & FEINGOLD | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| FIRST NATIONAL BANK | UNSECURED | 856.00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 634.00 | 634.03 | 634.03 | 161.47 | .00 |
| UCNB GENESIS FINANCI | UNSECURED | 426.00 | NA | NA | .00 | .00 |
| GOTTLIEB MEMORIAL HO | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| NUVELL CREDIT CO LLC | UNSECURED | NA | 3,605.82 | 3,605.82 | 918.36 | .00 |
| H&F LAW | UNSECURED | 461.00 | NA | NA | .00 | .00 |
| H&F LAW | UNSECURED | 225.00 | NA | NA | .00 | .00 |
| H&F LAW | UNSECURED | 110.00 | NA | NA | .00 | .00 |
| H&F LAW | UNSECURED | 325.00 | NA | NA | .00 | .00 |
| HEALTHCARE COLLECTIO | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| ILLINOIS COLLECTIONS | UNSECURED | 25.00 | NA | NA | .00 | .00 |
| ILLINOIS COLLECTION | UNSECURED | 261.00 | NA | NA | .00 | .00 |
| ILLINOIS COLLECTION | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| ILLINOIS COLLECTION | UNSECURED | 69.00 | NA | NA | .00 | .00 |
| ILLINOIS COLLECTION | UNSECURED | 1,880.00 | NA | NA | .00 | .00 |
| ILLINOIS COLLECTION | UNSECURED | 470.00 | NA | NA | .00 | .00 |
| ILLINOIS COLLECTION | UNSECURED | 404.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ILLINOIS COLLECTION | UNSECURED | 294.00 | NA | NA | .00 | .00 |
| ILLINOIS COLLECTION | UNSECURED | 236.00 | NA | NA | .00 | .00 |
| ILLINOIS COLLECTION | UNSECURED | 169.00 | NA | NA | .00 | .00 |
| KCA FINANCIAL SERVIC | UNSECURED | 925.00 | NA | NA | .00 | .00 |
| LEADING EDGE RECOVER | UNSECURED | 484.43 | NA | NA | .00 | .00 |
| LEADING EDGE RECOVER | UNSECURED | 776.07 | NA | NA | .00 | .00 |
| LINEBARGER GOGGAN BL | UNSECURED | 470.00 | NA | NA | .00 | .00 |
| LOU HARRIS & CO | UNSECURED | 2,587.00 | NA | NA | .00 | .00 |
| LOYOLA UNIVERSITY OF | UNSECURED | 406.48 | NA | NA | .00 | .00 |
| MERCHANTS CREDIT GUI | UNSECURED | 51.00 | NA | NA | .00 | .00 |
| MIDWEST DIVISION | UNSECURED | 265.00 | NA | NA | .00 | .00 |
| MIDWEST PSYCHIATRY | UNSECURED | 1,369.99 | NA | NA | .00 | .00 |
| MONTERY COUNTY BANK | UNSECURED | 961.00 | NA | NA | .00 | .00 |
| NATIONWIDE CREDIT & | UNSECURED | 685.40 | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | 6,748.72 | NA | NA | .00 | .00 |
| NUVELL CREDIT CO LLC | UNSECURED | 2,706.00 | NA | NA | .00 | .00 |
| NUVELL CREDIT CO LLC | UNSECURED | 1,335.71 | NA | NA | .00 | .00 |
| PELLETTIERI & HENNIN | OTHER | NA | NA | NA | .00 | .00 |
| PREMIUM ASSET RECOVE | OTHER | NA | NA | NA | .00 | .00 |
| PREMIUM ASSET RECOVE | OTHER | NA | NA | NA | .00 | .00 |
| RADIOLOGY CONSULTANT | UNSECURED | 39.00 | NA | NA | .00 | .00 |
| RIDDLE & ASSOCITES | OTHER | NA | NA | NA | .00 | .00 |
| RJM PATHOLOGY CONSUL | UNSECURED | 7.00 | NA | NA | .00 | .00 |
| AT & T BANKRUPTCY | UNSECURED | 139.93 | NA | NA | .00 | .00 |
| SPRINT PCS | UNSECURED | 377.74 | NA | NA | .00 | .00 |
| SUNRISE CREDIT | UNSECURED | 646.00 | NA | NA | .00 | .00 |
| T MOBILE | UNSECURED | 383.71 | 645.67 | 645.67 | 164.44 | .00 |
| TELECASH | OTHER | NA | NA | NA | .00 | .00 |
| BUREAUS | OTHER | NA | NA | NA | .00 | .00 |
| TORRES CREDIT SVC | UNSECURED | 1,601.00 | NA | NA | .00 | .00 |
| TRIBUTE | UNSECURED | 938.00 | NA | NA | .00 | .00 |
| UNITED COLLECTION BU | UNSECURED | 222.00 | 222.00 | 222.00 | 50.56 | .00 |
| UNITED COLLECTION BU | UNSECURED | 222.00 | NA | NA | .00 | .00 |
| VERIZON WIRELESS | UNSECURED | 9,586.00 | 15,010.54 | 15,010.54 | 3,823.01 | .00 |
| VERIZON WIRELESS | UNSECURED | 1,790.00 | NA | NA | .00 | .00 |
| VERIZON WIRELESS | UNSECURED | 671.00 | NA | NA | .00 | .00 |
| VERIZON WIRELESS | UNSECURED | 329.00 | NA | NA | .00 | .00 |
| VERIZON WIRELESS | UNSECURED | 1,007.86 | NA | NA | .00 | .00 |
| T MOBILE | UNSECURED | NA | 121.95 | 121.95 | 31.06 | .00 |
| INTERNAL REVENUE SER | UNSECURED | NA | 400.00 | .00 | .00 | .00 |
| NORDSTROM FSB | UNSECURED | NA | 761.17 | 761.17 | 181.69 | .00 |
| STUDENT LOAN | SECURED | NA | .00 | .00 | .00 | .00 |
| KAPLAN BANKRUPTCY FI | PRIORITY | 1,700.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| NICOR GAS | UNSECURED | 6,509.00 | NA | NA | .00 | .00 |
| WESTLAKE HOSPITAL | UNSECURED | NA | 1,754.50 | 1,754.50 | 446.86 | .00 |
| ILLINOIS DEPT OF REV | UNSECURED | NA | 212.32 | 212.32 | 48.35 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | NA | 1,020.16 | 1,020.16 | 259.82 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | NA | 944.59 | 944.59 | 240.58 | .00 |
| NICOR GAS | UNSECURED | NA | 539.60 | 539.60 | 137.44 | .00 |
| INTERNAL REVENUE SER | UNSECURED | NA | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | 18,893.98 | 18,893.98 | .00 |
| Debt Secured by Vehicle | .00 | .00 | .00 |
| All Other Secured | 3,949.00 | 3,949.00 | .00 |
| **TOTAL SECURED:** | 22,842.98 | 22,842.98 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 44,597.74 | 11,322.93 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 4,553.98 |
| Disbursements to Creditors | $ | 34,165.91 |
| **TOTAL DISBURSEMENTS:** | $ | 38,719.89 |

12)    The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   07/02/2012                           /s/ Tom  Vaughn
                                              Tom  Vaughn, Chapter  13  Trustee

**STATEMENT**    : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**